BMCA LAW GROUP
A Professional Corporation
BRUCE M. COHEN (CA Bar No. 084318)
*bcohen@bmcalaw.com*
JULIA MACHAI COHEN (CA Bar No. 252417)
*jvmcohen@bmcalaw.com*
11693 San Vicente Blvd., #804
Los Angeles, CA 90049
Telephone: (424) 287-5400
Facsimile: (424) 287-5401

Attorneys for Plaintiff
THE OUTDOOR RECREATION GROUP HOLDINGS, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE OUTDOOR RECREATION GROUP HOLDINGS, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION OUTDOOR LLC, a Texas limited liability company,<br><br>Defendant. | CASE NO. 2:24-CV-03549<br><br>COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENTS<br><br>COUNT 1: DECLARATORY JUDGMENT OF NONINFRINGEMENT OF U.S. DESIGN PATENT NO. D1002193;<br><br>COUNT 2: DECLARATORY JUDGMENT OF NONINFRINGEMENT OF U.S. DESIGN PATENT NO. D1003038<br><br>JURY TRIAL DEMANDED |

/ / /

/ / /

/ / /

/ / /

Plaintiff THE OUTDOOR RECREATION GROUP HOLDINGS, LLC ("Plaintiff" or "TORG") files this Complaint for Declaratory Judgment of Noninfringement against Defendant Evolution Outdoor LLC ("Evolution" or "Defendant"), and in support of its Complaint alleges as follows:

## INTRODUCTION

1. This is an action for a declaratory judgment of noninfringement arising under the patent laws of the United States, Title 35 of the United States Code.

2. Since 1973, TORG has been engaged in the business of design, development, manufacturing, importing, marketing, distributing and retailing a variety of products from its home base in Los Angeles. TORG's core products include various outdoor recreation products, such as backpacks, fishing tackle bags, hiking gear, and other bags, goods and accessories.

3. The TORG product pertinent to this action is known as the "Samurai Tactical Fish Kamapachi 20 L Tackle Bag" (the "Fishing Bag" herein). A true and correct photographic depiction of the Fishing Bag is attached hereto as **Exhibit 1** and incorporated by this reference.

4. Defendant has claimed, through correspondence sent by its counsel to Plaintiff, that Plaintiff's Fishing Bag allegedly infringes on Defendant's asserted U.S. Design Patent No. D1002193 ('the '193 patent") and U.S. Design Patent No. D1003038 ("the '038 patent")—collectively, the "Asserted Patents". However, the Fishing Bag does not infringe on either of the Asserted Patents, as outlined below.

5. Defendant's prior actions and statements have created a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment of noninfringement regarding the Fishing Bag and the Asserted Patents. Defendant's threat of a future lawsuit is posed to harm and cause uncertainty to Plaintiff's business, and this Court should protect Plaintiff's rights by issuing the declaratory judgment of noninfringement.

Law Offices
BMCA LAW GROUP
A Professional Corporation
11693 San Vicente Blvd., #804
Los Angeles, CA 90049
(424) 287-5400

## PARTIES

6. Plaintiff is a limited liability company organized and existing under the laws of the State of California with its principal place of business in Los Angeles, California and headquarters located at 3450 W Mt Vernon Dr., Los Angeles, CA 90008.

7. Plaintiff is informed and believes, and based thereon alleges, that Defendant Evolution Outdoor LLC is a limited liability company organized and existing under the laws of Texas, with its address at 2002 Synergy Blvd Ste 100, Kilgore, TX 75662.

8. Plaintiff is informed and believes, and based thereon alleges, that Defendant Evolution Outdoor LLC is a wholly owned subsidiary of Thousand Oaks Corporation, a California corporation with its address at 5308 Irwindale Avenue, Irwindale, CA 91706.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action involves claims arising under the patent laws of the United States, 35 U.S.C. § 1, et seq., and under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

10. Defendant is subject to personal jurisdiction in this Court because, on information and belief, Defendant has directed and continues to direct acts to this District, including acts pertaining to the Fishing Bag and/or to the Asserted Patents. For example, Defendant served on Plaintiff (in California and in this District) not less than two purported “infringement claim” letters pertaining to the Asserted Patents and/or to the Fishing Bag, which is or was being sold in California and in this District. Furthermore, on information and belief, Defendant sells numerous products to California consumers, both directly and through distributors. For instance, the Dealer listing on Defendant’s website (https://evolutionoutdoor.com/pages/dealers, last accessed on April 28, 2024)

identifies three dealer locations for its products within 100 miles of zip code 90012 (Los Angeles)—in City of Industry, CA, Rancho Domingues, CA, and Newhall, CA. For these and other reasons, Defendant has continuous and systematic contacts within the State of California, including this District, and has purposefully directed business activities into and in this District.

11. This Court also has personal jurisdiction over Defendant because Defendant has purposefully availed itself of the benefits of California law and has sufficient minimum contacts with California, including within this District, such that this declaratory judgment action meets the requirements of California's long-arm statute. For example, Plaintiff resides in this District, and Defendant has alleged that Plaintiff has committed acts of infringement in this District related to the Asserted Patents and the Fishing Bag. Defendant is a wholly owned subsidiary of its corporate parent Thousand Oaks Corporation, which is incorporated in California and lists the City of Irwindale, CA (located in the County of Los Angeles and this District) as its principal address.

12. This District is also the most convenient District for the present declaratory judgment claims because, among other things, witnesses and evidence concerning the Fishing Bag are located in this District. In particular, the Inventor with regard to both the '193 Patent and the '068 Patent is identified as "Tyler Fernandes, Irwindale, CA (US)" and based thereon is believed to be located in California and in this District.

13. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1391(c) because a substantial part of the events giving rise to the claims alleged in this Complaint occurred in this District and Defendant is subject to the Court's personal jurisdiction with respect to this civil action.

## THE ASSERTED PATENTS

### The '193 Patent

14. On October 23, 2023, the United States Patent and Trademark Office

(the "Patent Office") issued the '193 Patent, entitled "Vertical Open Bag" to Defendant. A true and correct copy of the '193 Patent is attached as **Exhibit 2**. On information and belief, Defendant purports to own the '193 Patent.

15. The '193 Patent issued from U.S. Patent Application No. 29/823,196 filed on January 14, 2022 ("the '196 Application").

16. On information and belief, Defendant claims that the 196 Application was a continuation of an Application filed on May 26, 2020.

**The '038 Patent**

17. On October 31, 2023, the Patent Office issued the '038 Patent, entitled "Horizontal Open Bag" to Defendant. A true and correct copy of the '038 Patent is attached as Exhibit 3. On information and belief, Defendant purports to own the '038 Patent.

18. The '038 Patent issued from U.S. Patent Application No. 29/823,195 filed on January 14, 2022 ("the '195 Application").

19. On information and belief, Defendant claims that the 195 Application was a continuation of an Application filed on May 26, 2020.

**COUNT ONE**

**Declaratory Judgment of Non-Infringement of**

**U.S. Design Patent No. D1002193**

20. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 19 of this Complaint and incorporates them herein by reference.

21. Plaintiff has not infringed and does not infringe Claim 1 of the '193 Patent either directly, contributorily, or by inducement, literally or under the doctrine of equivalents, including through its making, use, importation into the United States, sale, and/or offer for sale of the Fishing Bag.

22. As reflected in **Exhibit 2** attached hereto, Claim 1 of the '193 Patent is directed to the following:

"CLAIM

The ornamental design for a vertical open bag, as shown and described herein.

DESCRIPTION

FIG. 1 is a perspective view of the vertical open bag;

FIG. 2 is a front elevation view of the bag;

FIG. 3 is a rear elevation view of the bag;

FIG. 4 is a left side elevation view of the bag;

FIG. 5 is a right side elevation view of the bag;

FIG. 6 is a top view of the bag with the handles in a downward position;

FIG. 7 is a bottom view of the bag; and,

FIG. 8 is a environmental perspective view of the bag showing environmental matter on the top surface.

The broken lines shown in the drawings illustrate portions of the horizontal open bag and form no part of the claimed design. Any unshaded areas bounded by broken lines forms no part of the claimed design. The broken lines shown in dot dash format illustrate environmental matter and form no part of the claimed design. Additionally, any unshaded surfaces adjacent to the dot dash environment matter forms no part of the claimed design. The broken lines shown in the FIG. 8 drawing on the top surface illustrate environmental matter and form no part of the claimed design.

1 Claim, 8 Drawing Sheets"

23. Plaintiff's Fishing Bag does not infringe on the foregoing Claim 1 at least for the following reasons:

At least the significant differences in the ornamental features of the configurations of the side storage pockets between the '193 patent and the Fishing Bag results in the patented design and the Fishing Bag not being substantially the same overall and not having an overall resemblance that would deceive an observer inducing the observer to purchase one supposing it to be the other. Any common

features of the ‘193 patent and the Fishing Bag are functional and are in common use with tackle bag of other entities, particularly in the context of the prior art, alone or in combination, such that they cannot be exclusively appropriated by Evolution.

**Comparison of '193 Patent and Fishing Bag**

24. The following compares the vertical open bag illustrated in the '193 patent with the Fishing Bag, limited to the solid, non-broken lines in the drawings of the '193 patent.

a. The front, rear, left, right and bottom sides (Figs. 2-5 and 7, respectively) show each of the side storage pockets on the left and right sides (Figs. 4 and 5) having a width defined by side beads (defined by closely adjacent parallel lines) along the side edges of those side storage pockets extending essentially the entire with of the respective side wall of the bag and very close to the beads connecting the side walls to the front and rear walls.

b. Additionally, the bottom of each of the side storage pockets is formed by a planar panel that is essentially coplanar with the planar bottom of the bag, with a bead along its outer bottom edge.

c. In contrast, each of the side pockets on the Samauri bag have side beads that are laterally spaced by a significant distance from the beads along the respective side edges of the bag front and rear walls such that the widths of the side storage pockets are substantially less than the widths of the bag side walls on which the side storage pockets are mounted.

d. Additionally, the bottom part of each of the side storage pockets is formed by curved and angular wall panel part, without a bead along its bottom edge joining each side storage pocket to the bag bottom.

e. The rear side shown in Fig. 3 of the ‘193 patent has a relatively narrow first horizontal band at the top of the bag and a second horizontal band below the first horizontal band with a width only about 1.5 times the width of the first horizontal band and with a small square at the left end. In contrast, the corresponding

second horizontal band has a width about 3 times the width of the first horizontal band.

f. The only potential similarity between the solid lines in the designs of the ‘193 patent and the design of the Fishing Bag are the bands at the tops of the bag side walls and the beads along the side edges of the bag side walls and along the bottom of the rear storage pocket and the general configuration of the bag side walls. These features are functional, not ornamental, so that these features cannot form a basis for design patent infringement. Specifically, the general configuration of the bag front, rear and side walls define the storage space for a standard set of storage containers. The bands at the tops of the bag front, rear and side walls and the beads along the side edges of the bag side walls and along the bottom of the rear storage pocket add rigidity to the bag to maintain its shape without the set of storage containers placed inside the bag. The bands at the tops of the bag side walls and the beads along the side edges of the bag front, rear and side walls and along the bottom of the rear storage pocket and the general configuration of the bag front, rear and side walls are also commonly used by in tackle and other bags of other entities such that these features, alone and/or in combination, cannot be exclusively appropriated by Evolution. Examples of tackle bags of other entities having these common functional features include the prior art cited in the ‘193 patent and Plaintiff’s other tackle bags sold before May 26, 2020 that are to be considered in the context of the comparison of the patented and accused products.

g. At least the significantly different ornamental features of the side storage pockets and the rear side bands are adequate to render the overall designs of the '193 patent and the Fishing Bag not substantially the same and not capable of deceiving an ordinary observer to purchase one supposing it to be the other, particularly when considered in the context of the prior art. Even if, for the sake of argument only, similarity between the '193 patent and the Fishing Bag is considered as to the bands at the tops of the bag side walls and the beads along the side edges

of the bag side walls and along the bottom of the rear storage pocket and the general configuration of the bag front, rear and side walls, that similarity is inadequate to render the overall designs to be substantially similar to an extent to deceive an ordinary purchaser to purchase on supposing it to be the other.

25. Accordingly, at least for the above reasons, the Fishing Bag does not infringe the ‘193 Patent, either literally or under the doctrine of equivalents.

26. Plaintiff also does not induce infringement of the ‘193 Patent, or otherwise indirectly infringe the ‘193 Patent, for at least the reasons stated above there is no direct infringement of the ‘193 Patent and because Plaintiff has not acted with specific intent necessary for induced infringement.

27. Plaintiff also does not contributorily infringe at least Claim 1 of the ‘193 Patent for at least the reasons stated above there is no direct infringement of the ‘193 Patent and because the Fishing Bag has substantial non-infringing uses, including, at least, storing and/or transporting fishing tackle or other contents.

28. As set forth above, there exists an actual controversy between Plaintiff and Defendant with respect to alleged infringement of the ‘193 Patent of sufficient immediacy and reality to warrant the issuance of a declaratory judgment as to whether the asserted Claim 1 of the ‘193 Patent is infringed. Accordingly, Plaintiff desires a judicial determination and declaration of the respective rights and duties of the parties with respect to the ‘193 Patent.

29. Plaintiff is entitled to a judicial determination that Plaintiff has not directly infringed, induced others to infringe, or contributed to the infringement of the asserted claims of the ‘193 Patent.

30. A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its rights regarding Claim 1 of the ’193 Patent.

/ / /

/ / /

/ / /

**COUNT TWO**

**Declaratory Judgment of Non-Infringement of**

**U.S. Design Patent No. 1003038**

31. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 30 of this Complaint and incorporates them herein by reference.

32. Plaintiff has not infringed and does not infringe Claim 1 of the '038 Patent either directly, contributorily, or by inducement, literally or under the doctrine of equivalents, including through its making, use, importation into the United States, sale, and/or offer for sale of the Fishing Bag.

33. As reflected in Exhibit 3 attached hereto, Claim 1 of the '038 Patent is directed to the following:

> "CLAIM
>
> The ornamental design for a horizontal open bag, as shown and described herein.
>
> DESCRIPTION
>
> FIG. 1 is a perspective view of the horizontal open bag with the handles and strap in a downward position;
>
> FIG. 2 is a front elevation view of the bag with the handles in an upright position;
>
> FIG. 3 is a left side elevation view of the bag;
>
> FIG. 4 is a right side elevation view of the bag;
>
> FIG. 5 is a rear elevation view of the bag;
>
> FIG. 6 is a top view of the bag with the handles in a downward position and a strap feature on the top surface;
> FIG. 7 is a bottom view of the bag; and,
>
> FIG. 8 is a perspective view of the bag showing environmental matter on the top surface.
>
> The broken lines shown in the drawings illustrate portions of the horizontal open bag and form no part of the claimed design. Any unshaded areas bounded by broken lines

> forms no part of the claimed design. The broken lines shown in dot dash format illustrate environmental matter and form no part of the claimed design. Additionally, any unshaded surfaces adjacent to the dot dash environment matter forms no part of the claimed design. The broken lines shown in the FIG. 8 drawing on the top surface illustrate environmental matter and form no part of the claimed design.
>
> 1 Claim, 8 Drawing Sheets"

34. Plaintiff's Fishing Bag does not infringe on the foregoing Claim 1 at least for the following reasons:

**Comparison of '038 Patent and Fishing Bag**

35. The January 22, 2024 claim letter from Evolution fails to compare the '038 patent with the Fishing Bag, thereby conceding that no infringement exists relative to the '038 patent.

36. In addition to the differences discussed above with regard to '193 Patent (which are applicable to the '038 Patent, as well), the relatively short and wide design contemplated by the '038 Patent and the relatively tall and narrow design of the Fishing Bag distinguishes these two designs to such extent that they are not substantially the same and are not capable of deceiving an ordinary observer to purchase one supposing it to be the other, particularly in combination with the same distinguishing features discussed above relative to the '193 patent.

37. Accordingly, at least for the above reasons, the Fishing Bag does not infringe the '038 Patent, either literally or under the doctrine of equivalents.

38. Plaintiff also does not induce infringement of the '038 Patent, or otherwise indirectly infringe the '038 Patent, for at least the reasons stated above there is no direct infringement of the '038 Patent and because Plaintiff has not acted with specific intent necessary for induced infringement.

39. Plaintiff also does not contributorily infringe at least Claim 1 of the '038 Patent for at least the reasons stated above there is no direct infringement of the

'038 Patent and because the Fishing Bag has substantial non-infringing uses, including, at least, storing and/or transporting fishing tackle or other contents.

40. As set forth above, there exists an actual controversy between Plaintiff and Defendant with respect to alleged infringement of the '038 Patent of sufficient immediacy and reality to warrant the issuance of a declaratory judgment as to whether the asserted Claim 1 of the '038 Patent is infringed. Accordingly, Plaintiff desires a judicial determination and declaration of the respective rights and duties of the parties with respect to the '038 Patent.

41. Plaintiff is entitled to a judicial determination that Plaintiff has not directly infringed, induced others to infringe, or contributed to the infringement of the asserted claims of the '038 Patent.

42. A judicial declaration is necessary and appropriate so that Plaintiff may ascertain its rights regarding Claim 1 of the '038 Patent.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for Judgment in its favor and against Defendant as follows:

1. Declaring that Plaintiff has not and does not infringe, either directly, contributorily, by inducement, or willfully, any claim of the '193 patent by making, using, selling, offering to sell, and/or importing of the Fishing Bag;
2. Declaring that Plaintiff has not and does not infringe, either directly, contributorily, by inducement, or willfully, any claim of the '038 patent by making, using, selling, offering to sell, and/or importing of the Fishing Bag;
3. Finding this to be an exceptional case under 35 U.S.C. § 285, and awarding Plaintiff its reasonable attorney's fees;
4. Awarding Plaintiff its costs associated with this case;

5. Awarding Plaintiff any other remedy or relief to which Plaintiff may be entitled and which the Court deems just, proper, and equitable.

Plaintiff requests a trial by jury on all claims and issues so triable.

Dated: April 30, 2024

BMCA LAW GROUP, a P.C.

BY: ______________________________

BRUCE M. COHEN
Attorneys for Plaintiff,
THE OUTDOOR RECREATION GROUP HOLDINGS, LLC

# EXHIBIT 1


SAMURAI
TACTICAL
FISH
SAMURAI
TACTICAL
FISH

# EXHIBIT 2

US0D1002193S

(12) **United States Design Patent**
**Fernandes**

(10) **Patent No.: US D1,002,193 S**
(45) **Date of Patent: ** *Oct. 24, 2023**

(54) **VERTICAL OPEN BAG**

(71) Applicant: **Evolution Outdoor LLC**, Kilgore, TX (US)

(72) Inventor: **Tyler Fernandes**, Irwindale, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/823,196**

(22) Filed: **Jan. 14, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 29/735,934, filed on May 26, 2020, now Pat. No. Des. 941,578.

(51) **LOC (14) Cl.** ............................................... **03-01**

(52) **U.S. Cl.**
USPC ............................................ **D3/260**; D3/905

(58) **Field of Classification Search**
USPC ......... D3/273, 276, 279, 283–290, 301, 230, D3/254, 260, 232, 245, 904–905; D7/607, 709
CPC ...... A45F 3/02; A45F 3/04; A45F 3/14; A45F 4/02; A45F 4/08; A45C 11/00; A45C 2011/001; A45C 2011/002; A45C
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 258,393 | A | 5/1882 | Endicott |
| 1,482,678 | A | 2/1924 | Figley |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101066048 | A | 11/2007 |
| CN | 101088330 | A | 12/2007 |

(Continued)

OTHER PUBLICATIONS

Academy, "H2O Xpress Pro Tackle Bag II," on sale at least as of Apr. 1, 2022 (https://www.academy.com/p/h2o-xpress-pro-tackle-bag-ii?sku=blue ) (Year: 2022).

(Continued)

*Primary Examiner* — Jeffrey D Asch
*Assistant Examiner* — Caitlin A Laverty
(74) *Attorney, Agent, or Firm* — J. Andrew Reed; Vincent J. Allen; Carstens, Allen & Gourley, LLP

(57) **CLAIM**

The ornamental design for a vertical open bag, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a perspective view of the vertical open bag;
FIG. **2** is a front elevation view of the bag;
FIG. **3** is a rear elevation view of the bag;
FIG. **4** is a left side elevation view of the bag;
FIG. **5** is a right side elevation view of the bag;
FIG. **6** is a top view of the bag with the handles in a downward position;
FIG. **7** is a bottom view of the bag; and,
FIG. **8** is a environmental perspective view of the bag showing environmental matter on the top surface.

The broken lines shown in the drawings illustrate portions of the horizontal open bag and form no part of the claimed design. Any unshaded areas bounded by broken lines forms no part of the claimed design. The broken lines shown in dot dash format illustrate environmental matter and form no part of the claimed design. Additionally, any unshaded surfaces adjacent to the dot dash environment matter forms no part of the claimed design. The broken lines shown in the FIG. **8** drawing on the top surface illustrate environmental matter and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(58) **Field of Classification Search**
CPC ... 2011/003; A45C 13/30; A45C 13/08; A45C 13/02; A45C 13/26; A45C 3/00; A45C 3/06; A45C 3/08; A45C 7/0086; A45C 5/00; A45C 5/06; A45C 13/00; A45C 13/38; A45C 1/024; A45C 7/00; A45C 11/20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


1,791,346 A 2/1931 Burch et al.
2,028,339 A 1/1936 Abraham et al.
2,102,977 A 12/1937 Shoemaker et al.
2,316,833 A 4/1943 Baron
2,554,668 A 5/1951 Charles
2,595,463 A 5/1952 Kamps
2,616,209 A 11/1952 Ploen
2,717,470 A 9/1955 Holdeman
2,730,833 A 1/1956 Newell
2,956,365 A 10/1960 Smith et al.
2,987,846 A 6/1961 Powell
3,047,349 A 7/1962 Powell
3,122,225 A 2/1964 Ward
3,122,725 A 2/1964 Romano
3,181,751 A 5/1965 Wilson
RE25,826 E 8/1965 Ward
3,310,271 A 3/1967 King
3,481,066 A 12/1969 Woolworth
3,564,755 A 2/1971 Lindgren, Sr.
3,813,138 A 5/1974 Doohan
3,850,396 A 11/1974 Orlandi
3,985,409 A 10/1976 Kneier
4,023,304 A 5/1977 Singer
4,151,938 A 5/1979 Barker et al.
4,176,491 A 12/1979 Herring
D257,651 S * 12/1980 Katz ............................. D3/283
4,240,222 A 12/1980 Covington
4,245,422 A 1/1981 Souza
4,324,446 A 4/1982 LeSage
D280,260 S 8/1985 Leiserson
D284,333 S 6/1986 Huston
D284,620 S 7/1986 Calton
D291,149 S 8/1987 Smith
4,739,886 A 4/1988 Seaberg
4,769,941 A 9/1988 Schmidt
D299,587 S 1/1989 Thomas
4,811,996 A 3/1989 Hansson
4,854,432 A 8/1989 Carpenter et al.
4,958,730 A 9/1990 Bunten
D311,452 S * 10/1990 Ehret ............................ D3/286
D312,530 S 12/1990 Gallen et al.
5,054,669 A 10/1991 Zimbardi et al.
5,087,105 A 2/1992 White
D333,038 S 2/1993 Collins
D336,218 S * 6/1993 Hague .......................... D12/411
5,217,119 A 6/1993 Hollingsworth
D341,026 S * 11/1993 Barker .......................... D7/607
5,261,529 A 11/1993 Holland
D347,521 S 6/1994 Elliott
D349,191 S * 8/1994 Mason .......................... D3/289
D352,827 S 11/1994 Schildkraut
5,386,662 A 2/1995 Vader et al.
D360,182 S 7/1995 Lovett
5,454,477 A 10/1995 Bornhorst et al.
5,505,297 A 4/1996 Myers
D371,051 S * 6/1996 Melk ............................. D7/607
D371,052 S 6/1996 Melk
5,526,927 A 6/1996 McLemore
D371,724 S 7/1996 Melk
5,556,068 A 9/1996 Gorelik
D376,044 S 12/1996 Trawick et al.
5,606,820 A 3/1997 Suddeth
D381,871 S * 8/1997 Melk ............................. D7/607
D382,108 S * 8/1997 Wheeler, Sr. ................. D3/905
D383,601 S 9/1997 Jones et al.
5,676,223 A 10/1997 Cunningham
D387,626 S * 12/1997 Melk ............................. D7/605
D389,305 S 1/1998 Hauschild
5,762,170 A 6/1998 Shyr et al.
5,769,260 A 6/1998 Killinger et al.
5,772,066 A 6/1998 Reynolds
D396,745 S 8/1998 Peterson
D398,083 S * 9/1998 Martz ........................... D3/273
D401,062 S 11/1998 Hauschild
5,829,185 A 11/1998 Myers
5,908,147 A 6/1999 Chuang
D414,932 S 10/1999 Platte, III
D416,680 S * 11/1999 Latshaw ....................... D3/286
D423,779 S 5/2000 Goatcher
D427,768 S 7/2000 Bogert
D435,343 S 12/2000 Eskandry
6,202,865 B1 3/2001 Kuo
6,202,910 B1 3/2001 Swetish
6,290,040 B1 9/2001 Chen
6,321,912 B1 11/2001 Lippert et al.
D452,806 S 1/2002 King
6,454,097 B1 9/2002 Blanco
D465,086 S 11/2002 Watts
D465,134 S 11/2002 Joss
D468,101 S 1/2003 Hassett
D469,606 S 2/2003 Su
D471,012 S 3/2003 Peterson
6,530,475 B1 3/2003 Penney
D472,380 S 4/2003 Hillman
D472,386 S 4/2003 Bauer
D474,598 S 5/2003 Platte, III
D476,480 S 7/2003 Hillman
6,595,604 B1 * 7/2003 Peterson ............... A45C 13/02
190/110
6,612,434 B1 9/2003 Redzisz
D481,204 S 10/2003 Rada
D482,525 S 11/2003 Fair
D482,842 S 12/2003 Fair
D484,695 S 1/2004 DePalma
D485,144 S 1/2004 Levine et al.
D487,189 S 3/2004 Ukitsu et al.
D487,191 S 3/2004 Ong
D492,160 S 6/2004 Lanman et al.
D495,489 S 9/2004 Messina-Brown
D504,229 S 4/2005 Duvigneau
D506,061 S 6/2005 McGibben
D507,734 S 7/2005 Willems
6,926,136 B1 8/2005 Lynch-Bass
D514,317 S * 2/2006 Conforti ....................... D3/301
D528,295 S 9/2006 Harvey
D530,089 S 10/2006 Silverman
7,162,890 B2 1/2007 Mogil et al.
D542,031 S 5/2007 Zapata
D542,527 S 5/2007 Zapata
7,240,513 B1 7/2007 Conforti
D552,350 S 10/2007 Bosley
D556,452 S 12/2007 Hydon
D560,450 S 1/2008 Tagliati et al.
D566,393 S 4/2008 Kidakarn
D574,615 S 8/2008 Picot et al.
7,604,103 B2 10/2009 Hamlin
D603,169 S 11/2009 Smith
7,621,074 B2 11/2009 Glidewell et al.
D620,254 S 7/2010 Noraker
D634,543 S 3/2011 Scicluna et al.
D634,601 S 3/2011 Good
7,937,884 B1 5/2011 Naylor et al.
7,941,965 B2 5/2011 Hoover
D639,051 S 6/2011 Dare
D647,301 S 10/2011 Sosnovsky
8,043,004 B2 10/2011 Mogil
D648,533 S 11/2011 Sosnovsky
D660,589 S 5/2012 Ayjian
8,348,510 B2 1/2013 Mogil
D676,652 S 2/2013 Holloway et al.
8,453,813 B2 6/2013 Lai
D692,661 S 11/2013 Gupton
D692,662 S 11/2013 Pignotti
8,621,720 B2 1/2014 Kao et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D714,541 | S | 10/2014 | Anderson et al. | |
| D720,216 | S | 12/2014 | Luburic et al. | |
| D724,318 | S | 3/2015 | Myer | |
| D725,908 | S | 4/2015 | Zwetzig | |
| D739,653 | S | 9/2015 | Majeau et al. | |
| 9,144,281 | B2 | 9/2015 | Cross | |
| D742,637 | S | 11/2015 | Miles | |
| D761,564 | S | 7/2016 | Rhodes | |
| D762,384 | S | 8/2016 | Boroski | |
| D762,978 | S | 8/2016 | Boroski | |
| 9,462,874 | B1 | 10/2016 | Samuel | |
| D779,824 | S | 2/2017 | Boroski | |
| D781,575 | S | 3/2017 | Etekochay | |
| D787,816 | S | 5/2017 | Slimane | |
| D793,728 | S | 8/2017 | Faibish et al. | |
| D796,188 | S | 9/2017 | Ho et al. | |
| 9,854,897 | B1 | 1/2018 | Pelkey, Jr. et al. | |
| D818,204 | S * | 5/2018 | Renforth | D30/109 |
| D821,097 | S | 6/2018 | Burton et al. | |
| D824,170 | S | 7/2018 | Tobias | |
| D831,952 | S | 10/2018 | Pennington | |
| D832,653 | S | 11/2018 | Waskow et al. | |
| D833,141 | S | 11/2018 | Carter et al. | |
| D835,473 | S | 12/2018 | Jacobsen | |
| D835,950 | S | 12/2018 | Jacobsen | |
| D836,999 | S | 1/2019 | Jacobsen | |
| D837,000 | S | 1/2019 | Jacobsen | |
| D837,001 | S | 1/2019 | Jacobsen | |
| D838,971 | S | 1/2019 | Deanda | |
| D843,107 | S | 3/2019 | Swaggart | |
| D844,324 | S | 4/2019 | Hoppe et al. | |
| D845,613 | S | 4/2019 | Decker | |
| D856,662 | S | 8/2019 | Breines | |
| D862,528 | S | 10/2019 | Sullivan et al. | |
| 10,477,991 | B1 | 11/2019 | Fragala | |
| D873,090 | S | 1/2020 | Jacobsen | |
| D874,129 | S | 2/2020 | Goldstein | |
| D875,385 | S | 2/2020 | Carter et al. | |
| D880,253 | S | 4/2020 | Jacobsen | |
| D881,655 | S | 4/2020 | Jacobsen | |
| D887,135 | S | 6/2020 | Tan | |
| D887,136 | S | 6/2020 | Tan | |
| D888,413 | S | 6/2020 | Dai | |
| D889,821 | S | 7/2020 | Xu | |
| D893,183 | S | 8/2020 | Eisenhardt et al. | |
| D896,504 | S | 9/2020 | Li | |
| D896,505 | S | 9/2020 | Yuan | |
| D896,514 | S | 9/2020 | Tan | |
| D898,349 | S | 10/2020 | He | |
| D899,079 | S | 10/2020 | Priest | |
| D901,882 | S | 11/2020 | Tan | |
| 10,881,178 | B2 | 1/2021 | Johnson | |
| D912,974 | S | 3/2021 | Breines | |
| D915,762 | S | 4/2021 | Li | |
| D915,770 | S | 4/2021 | Breines | |
| D919,287 | S | 5/2021 | He | |
| D920,744 | S | 6/2021 | Eisenhardt et al. | |
| D922,061 | S | 6/2021 | Tan | |
| D922,062 | S | 6/2021 | Shi | |
| D927,174 | S | 8/2021 | Dai | |
| D927,261 | S | 8/2021 | Rong | |
| D931,600 | S | 9/2021 | Huang | |
| D932,179 | S | 10/2021 | Mukri | |
| D941,577 | S | 1/2022 | Fernandes | |
| 2003/0234269 | A1 | 12/2003 | Shamas | |
| 2004/0065573 | A1 | 4/2004 | Brouard | |
| 2004/0149600 | A1 | 8/2004 | Wolter et al. | |
| 2005/0082132 | A1 | 4/2005 | Smith | |
| 2005/0121275 | A1 | 6/2005 | Platte | |
| 2005/0263364 | A1 | 12/2005 | Sher | |
| 2005/0279124 | A1 | 12/2005 | Maldonado | |
| 2006/0064852 | A1 | 3/2006 | Willems | |
| 2007/0011939 | A1 | 1/2007 | Sakai | |
| 2007/0237432 | A1 | 10/2007 | Mogil | |
| 2007/0245521 | A1 | 10/2007 | Chehebar | |
| 2008/0029666 | A1 | 2/2008 | Hurt | |
| 2008/0116026 | A1 | 5/2008 | Bass et al. | |
| 2008/0121554 | A1 | 5/2008 | Townsend | |
| 2008/0164265 | A1 | 7/2008 | Conforti | |
| 2008/0289925 | A1 | 11/2008 | Sapyta | |
| 2009/0301911 | A1 | 12/2009 | Rubin | |
| 2012/0043228 | A1 | 2/2012 | Ezzo et al. | |
| 2013/0043293 | A1 | 2/2013 | Connell | |
| 2013/0068776 | A1 | 3/2013 | Patterson | |
| 2013/0145581 | A1 | 6/2013 | Bailey | |
| 2014/0132131 | A1 | 5/2014 | Thomas | |
| 2014/0290025 | A1 | 10/2014 | Custer | |
| 2015/0014108 | A1 | 1/2015 | Vecellio | |
| 2015/0101958 | A1 | 4/2015 | Cross | |
| 2016/0205913 | A1 | 7/2016 | Aston et al. | |
| 2016/0244239 | A1 | 8/2016 | Nash | |
| 2016/0374440 | A1 | 12/2016 | Lundy et al. | |
| 2017/0073146 | A1 | 3/2017 | Kuhn et al. | |
| 2018/0220759 | A1 | 8/2018 | Johnson | |
| 2018/0252458 | A1 | 9/2018 | Furneaux et al. | |
| 2020/0077760 | A1 | 3/2020 | Grill et al. | |
| 2020/0228056 | A1 | 7/2020 | Miller | |
| 2021/0007451 | A1 | 1/2021 | Tan | |
| 2021/0007452 | A1 | 1/2021 | Tan | |
| 2021/0068510 | A1 | 3/2021 | Johnson | |
| 2021/0212442 | A1 | 7/2021 | Webb | |
| 2021/0368955 | A1 | 12/2021 | Fernandes | |
| 2023/0027563 | A1 | 1/2023 | Fadal et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 201360487 | Y | 12/2009 |
| CN | 102972367 | A | 3/2013 |
| CN | 205357836 | U | 7/2016 |
| EP | 0071274 | A2 | 2/1983 |
| JP | H07241210 | A | 9/1995 |
| JP | D1128650 | | 12/2001 |

OTHER PUBLICATIONS

Amazon, "Westfield Fishing Tackle Bag Water Resistant Soft Sided Waist Shoulder Carry Storage Hiking Climbing Fly," on sale at least as of Apr. 1, 2022 (https://www.amazon.co.uk/Westfield-Fishing-Resistant-Shoulder-Climbing/dp/B01H6WE47Y) (Year: 2022).

Bass Pro Shops, "Bass Pro Shops Advanced Anglers II Large Tackle System," on sale at least as of 204-Jan. 2022, (https://www.basspro.com/shop/en/bass-pro-shops-advanced-anglers-ii-large-tackle-system) (Year: 2022).

Bass Pro Shops, "Cabela's Extreme Wide-Top Tackle Bag," on sale at least as of Apr. 1, 2022 (https://www.basspro.com/shop/en/cabelas-extreme-wide-top-3600-tackle-bag) (Year: 2022).

Bass Pro Shops, "Plano B-Series 3600 Tackle Bag," on sale at least as of Apr. 1, 2022 (https://www.basspro.com/shop/en/plano-b-series-3600-tackle-bag) (Year: 2022).

Walmart, "Ozark Trail 370 Large Pro Quick Access Soft Sided Fishing Tackle Bag", on sale at least as of Apr. 1, 2022. (https://www.walmart.com/ip/Ozark-Trail-370-Large-Pro-Quick-Access-Soft-Sided-Fishing-Tackle-Bag-Black/474776073 ) (Year: 2022).

Amazon, "Flambeau 4007 Heritage Tackle Bag, Fir Green/Pewter/Rust, FL40001", First on sale Apr. 23, 2020. (https://www.amazon.com/Fiambeau-Heritage-Bait-Binder/dp/B089469PPT) (Year: 2020).

Evolution Outdoor Drift Series Topless Horizontal Tackle Bag, first available Feb. 24, 2021, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/Evolution-Outdoor-Topless-Horizontal-Tackle/dp/B08WRNXBXV?th=1&psc=1 (Year: 2021).

Evolution Outdoor Drift Series Topless Vertical Tackle Bag, first available Mar. 2, 2021, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/Evolution-Outdoor-Topless-Vertical-Tackle/dp/B08WRVCF31?th=1 (Year: 2021).

Flambeau 5007 Pro-Angler Tackle Bag (Grey/Red), first available Apr. 23, 2020, amazon.com [online], [site visited Nov. 24, 2020], w Available from internet U RL: https://www.arnazon .corn/Fiarnbeau-

(56) **References Cited**

OTHER PUBLICATIONS

5007 -Pro-Angler-Tackle-Grey/dp/B089458PL7 /ref=sr_1_22?dchild=1&gclid=EAiaiQobCh M 10uut0b6b 7QIVCDiGC% E2%80%A6 (Year: 2020).
International Search Report and Written Opinion dated May 19, 2017 of PCT Application No. PCT/US2016/047971, 14 pages.
KastKing Fishing Tackle Bag, first available Jun. 27, 2018, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/KastKing-Saltwater-Waterproof-Medium-Hoss-15x11x10-25/dp/B07XRFSFPN/ref=pd_lpo_3?pd_rd_i=B07F2GH9VS&psc=1 (Year: 2018).
KastKing Fishing Tackle Bags, first available Jun. 27, 2018, amazon.com [online], [site visited Nov. 14, 2018], Available from internet U R L: https :1/www .amazon, com/d p/BO7F2HV28F/ref=sspa_dk_detail 6?pd_rd_i=BO7XRFSFPN&pd_rd_w=a6HTH&pf_rd_p7d37a48b-2b1a-4373-8c1a-bd%E2%80%A6 (Year: 2018).
Okuma Fishing Tackle Soft Sided Tackle Bag, first available Oct. 23, 2015, amazon.com [online], [site visited Nov. 24, 2020], Available from internet U RL: https://www.arnazon.corn/Okurna-Fishing-Tackle-Soft-Sided/dp/B018M56S28 (Year: 2015).
Ozark Trail Outdoor Equipment "Mesh Bottom Tackle Bag", 6 pgs.
Plano Guide Series Tackle Bag, first available Feb. 10, 2020, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/Piano-Premium-Storage-included-PLABG371/dp/B084NQLFMH/ref=pd_lpo_2?pd_rd_i=B084NQLFMH&psc=1 (Year: 2020).
U.S. Appl. No. 29/800,528, filed Jul. 21, 2021, Colt Fadal.
U.S. Appl. No. 29/800,529, filed Jul. 21, 2021, Colt Fadal.
U.S. Appl. No. 29/800,531, filed Jul. 21, 2021, Colt Fadal.
U.S. Appl. No. 29/823,195, filed Jan. 14, 2022, Tyler Fernandes.
Plano A-Series 2.0 Quick Top, unknown first available date, pianomolding.com [online], [site visited Jan. 9, 2023], Available at URL: https//planomolding.com/products/aseries-20-quick-top-plaba700?variant=4046805427 8304 (Year: 2023).
Plano Guide Series 3600 Tackle Bag, unknown first available date, tacklecove.com [online], [site visited Jan. 9, 2023], Available at URL:https://www.tacklecove.com/store/p/496-Plano-Guide-Series-3600-Tackle-Bag.aspx (Year: 2023).
5.11 Tactical 56298-092-1SZ-UCR 13.7L Storm Tactical Sling Bag; unknown first available date, recreationid.com [online], [site visited Nov. 24, 2020], Available from internet U RL:https://www.recreationid.com/511tactical/ucr-13-7-l-storm-tactical-sling-bag-mpn-56298-092-1-sz.html (Year: 2020).
5007 Flambeau Pro-Angler Sling Pack (Kinetic Blue), unknown first available date, evolutionoutdoor.com [online], [site visited Nov. 24, 2020], Available from internet U RL:https://evolutionoutdoor.com/products/5007-flambeau-pro-angler-sling-pack-kinetic-blue?variant=35241408331932 (Year: 2020.
Amazon, "Evolution Outdoor Design Large Mouth Double Decker Mossy Oak Tackle Backpack 3600 Manta Grey Camo Evolution", Date first listed on Amazon Sep. 14, 2017. (https://www.amazon.com/Evolution-Outdoor-Design-Backpack-Fishing/dp/B07PJWZXHY) (Year: 2017).
Flambeau Heritage 4007 Tackle Bag, unknown first available date, DicksSportingGoods.com [online], [site visited Nov. 24, 2020], Available from internet U RL: https://www.dickssportinggoods.com/p/flambeau-heritage-4007-tackle-bag-20frnbaflmbhrtg3 70tbx/20fmbaflmbhrtg370tbx?sku=21521402&camp=CSE:%E2%80%A6 (Year: 2020).
Reebow Gear Tactical Sling Bag . . . , first available Jan. 7, 2018, amazon.com [online], [site visited Nov. 24, 2020], Available fromintemet U RL: https://www.amazon .com/Tacticai-Siing-Military-Shoulder-Backpack/dp/B0768G7H9N?th= 1 (Year: 2018).
Walmart—Ozark Trail Outdoor Equipment "Mesh Bottom Tackle Bag"—As early as 2019.
Amazon, "Piscifun Fishing Tackle Backpack with 4 Trays Large Waterproof Tackle Bag Storage . . . ", (https://www .amazon com/Piscifun-Backpack-Capacity-Waterproof-Protective/dp/B07CGJ DTN GI} (Year: 2018), 13 pgs.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

# EXHIBIT 3

USOD1003038S

(12) **United States Design Patent** (10) **Patent No.: US D1,003,038 S**
**Fernandes** (45) **Date of Patent: ** *Oct. 31, 2023**

(54) **HORIZONTAL OPEN BAG**

(71) Applicant: **Evolution Outdoor LLC**, Kilgore, TX (US)

(72) Inventor: **Tyler Fernandes**, Irwindale, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/823,195**

(22) Filed: **Jan. 14, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 29/735,931, filed on May 26, 2020, now Pat. No. Des. 941,577.

(51) **LOC (14) Cl.** .............................................. **03-01**

(52) **U.S. Cl.**
USPC ............................................ **D3/260**; D3/905

(58) **Field of Classification Search**
USPC ......... D3/273, 276, 279, 283–290, 301, 230, D3/254, 260, 232, 245, 904–905; D7/607, 709

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

258,393 A 5/1882 Endicott
1,482,678 A 2/1924 Figley
(Continued)

FOREIGN PATENT DOCUMENTS

CN 101066048 A 11/2007
CN 101088330 A 12/2007
(Continued)

OTHER PUBLICATIONS

Academy, "H2O Xpress Pro Tackle Bag II," on sale at least as of Apr. 1, 2022 (https://www.academy.com/p/h2o-xpress-pro-tackle-bag-ii?sku=blue ) (Year: 2022).
(Continued)

*Primary Examiner* — Jeffrey D Asch
*Assistant Examiner* — Caitlin A Laverty
(74) *Attorney, Agent, or Firm* — J. Andrew Reed; Vincent J. Allen; Carstens, Allen & Gourley, LLP

(57) **CLAIM**

The ornamental design for a horizontal open bag, as shown and described herein.

**DESCRIPTION**

FIG. **1** is a perspective view of the horizontal open bag with the handles and strap in a downward position;
FIG. **2** is a front elevation view of the bag with the handles in an upright position;
FIG. **3** is a left side elevation view of the bag;
FIG. **4** is a right side elevation view of the bag;
FIG. **5** is a rear elevation view of the bag;
FIG. **6** is a top view of the bag with the handles in a downward position and a strap feature on the top surface;
FIG. **7** is a bottom view of the bag; and,
FIG. **8** is a perspective view of the bag showing environmental matter on the top surface.
The broken lines shown in the drawings illustrate portions of the horizontal open bag and form no part of the claimed design. Any unshaded areas bounded by broken lines forms no part of the claimed design. The broken lines shown in dot dash format illustrate environmental matter and form no part of the claimed design. Additionally, any unshaded surfaces adjacent to the dot dash environment matter forms no part of the claimed design. The broken lines shown in the FIG. **8** drawing on the top surface illustrate environmental matter and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(58) **Field of Classification Search**
CPC ...... A45F 3/02; A45F 3/04; A45F 3/14; A45F 4/02; A45F 4/08; A45C 11/00; A45C 2011/001; A45C 2011/002; A45C 2011/003; A45C 13/30; A45C 13/08; A45C 13/02; A45C 13/26; A45C 3/00; A45C 3/06; A45C 3/08; A45C 7/0086; A45C 5/00; A45C 5/06; A45C 13/00; A45C 13/38; A45C 1/024; A45C 7/00; A45C 11/20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


1,791,346 A 2/1931 Burch et al.
2,028,339 A 1/1936 Abraham et al.
2,102,977 A 12/1937 Shoemaker et al.
2,316,833 A 4/1943 Baron
2,554,668 A 5/1951 Charles
2,595,463 A 5/1952 Kamps
2,616,209 A 11/1952 Ploen
2,717,470 A 9/1955 Holdeman
2,730,833 A 1/1956 Newell
2,956,365 A 10/1960 Smith et al.
2,987,846 A 6/1961 Powell
3,047,349 A 7/1962 Powell
3,122,225 A 2/1964 Ward
3,122,725 A 2/1964 Romano
3,181,751 A 5/1965 Wilson
RE25,826 E 8/1965 Ward
3,310,271 A 3/1967 King
3,481,066 A 12/1969 Woolworth
3,564,755 A 2/1971 Lindgren, Sr.
3,813,138 A 5/1974 Doohan
3,850,396 A 11/1974 Orlandi
3,985,409 A 10/1976 Kneier
4,023,304 A 5/1977 Singer
4,151,938 A 5/1979 Barker et al.
4,176,491 A 12/1979 Herring
D257,651 S * 12/1980 Katz .............................. D3/283
4,240,222 A 12/1980 Covington
4,245,422 A 1/1981 Souza
4,324,446 A 4/1982 LeSage
D280,260 S 8/1985 Leiserson
D284,333 S 6/1986 Huston
D284,620 S 7/1986 Calton
D291,149 S 8/1987 Smith
4,739,886 A 4/1988 Seaberg
4,769,941 A 9/1988 Schmidt
D299,587 S 1/1989 Thomas
4,811,996 A 3/1989 Hansson
4,854,432 A 8/1989 Carpenter et al.
4,958,730 A 9/1990 Bunten
D311,452 S * 10/1990 Ehret ............................ D3/286
D312,530 S 12/1990 Gallen et al.
5,054,669 A 10/1991 Zimbardi et al.
5,087,105 A 2/1992 White
D333,038 S 2/1993 Collins
D336,218 S * 6/1993 Hague .......................... D12/411
5,217,119 A 6/1993 Hollingsworth
D341,026 S * 11/1993 Barker ........................... D7/607
5,261,529 A 11/1993 Holland
D347,521 S 6/1994 Elliott
D349,191 S * 8/1994 Mason ........................... D3/289
D352,827 S 11/1994 Schildkraut
5,386,662 A 2/1995 Vader et al.
D360,182 S 7/1995 Lovett
5,454,477 A 10/1995 Bornhorst et al.
5,505,297 A 4/1996 Myers
D371,051 S * 6/1996 Melk ............................. D7/607
D371,052 S 6/1996 Melk
5,526,927 A 6/1996 McLemore
D371,724 S 7/1996 Melk
5,556,068 A 9/1996 Gorelik
D376,044 S 12/1996 Trawick et al.
5,606,820 A 3/1997 Suddeth
D381,871 S * 8/1997 Melk ............................. D7/607
D382,108 S * 8/1997 Wheeler, Sr. .................. D3/905
D383,601 S 9/1997 Jones et al.
5,676,223 A 10/1997 Cunningham
D387,626 S * 12/1997 Melk ............................. D7/605
D389,305 S 1/1998 Hauschild
5,762,170 A 6/1998 Shyr et al.
5,769,260 A 6/1998 Killinger et al.
5,772,066 A 6/1998 Reynolds
D396,745 S 8/1998 Peterson
D398,083 S * 9/1998 Martz ........................... D3/273
D401,062 S 11/1998 Hauschild
5,829,185 A 11/1998 Myers
5,908,147 A 6/1999 Chuang
D414,932 S 10/1999 Platte, III
D416,680 S * 11/1999 Latshaw ........................ D3/286
D423,779 S 5/2000 Goatcher
D427,768 S 7/2000 Bogert
D435,343 S 12/2000 Eskandry
6,202,865 B1 3/2001 Kuo
6,202,910 B1 3/2001 Swetish
6,290,040 B1 9/2001 Chen
6,321,912 B1 11/2001 Lippert et al.
D452,806 S 1/2002 King
6,454,097 B1 9/2002 Blanco
D465,086 S 11/2002 Watts
D465,134 S 11/2002 Joss
D468,101 S 1/2003 Hassett
D469,606 S 2/2003 Su
D471,012 S 3/2003 Peterson
6,530,475 B1 3/2003 Penney
D472,380 S 4/2003 Hillman
D472,386 S 4/2003 Bauer
D474,598 S 5/2003 Platte, III
D476,480 S 7/2003 Hillman
6,595,604 B1 * 7/2003 Peterson ................ A45C 13/02
190/110
6,612,434 B1 9/2003 Redzisz
D481,204 S 10/2003 Rada
D482,525 S 11/2003 Fair
D482,842 S 12/2003 Fair
D484,695 S 1/2004 DePalma
D485,144 S 1/2004 Levine et al.
D487,189 S 3/2004 Ukitsu et al.
D487,191 S 3/2004 Ong
D492,160 S 6/2004 Lanman et al.
D495,489 S 9/2004 Messina-Brown
D504,229 S 4/2005 Duvigneau
D506,061 S 6/2005 McGibben
D507,734 S 7/2005 Willems
6,926,136 B1 8/2005 Lynch-Bass
D514,317 S * 2/2006 Conforti ........................ D3/301
D528,295 S 9/2006 Harvey
D530,089 S 10/2006 Silverman
7,162,890 B2 1/2007 Mogil et al.
D542,031 S 5/2007 Zapata
D542,527 S 5/2007 Zapata
7,240,513 B1 7/2007 Conforti
D552,350 S 10/2007 Bosley
D556,452 S 12/2007 Hydon
D560,450 S 1/2008 Tagliati et al.
D566,393 S 4/2008 Kidakarn
D574,615 S 8/2008 Picot et al.
7,604,103 B2 10/2009 Hamlin
D603,169 S 11/2009 Smith
7,621,074 B2 11/2009 Glidewell et al.
D620,254 S 7/2010 Noraker
D634,543 S 3/2011 Scicluna et al.
D634,601 S 3/2011 Good
7,937,884 B1 5/2011 Naylor et al.
7,941,965 B2 5/2011 Hoover
D639,051 S 6/2011 Dare
D647,301 S 10/2011 Sosnovsky
8,043,004 B2 10/2011 Mogil
D648,533 S 11/2011 Sosnovsky
D660,589 S 5/2012 Ayjian
8,348,510 B2 1/2013 Mogil
D676,652 S 2/2013 Holloway et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,453,813 B2 | | 6/2013 | Lai |
| D692,661 S | | 11/2013 | Gupton |
| D692,662 S | | 11/2013 | Pignotti |
| 8,621,720 B2 | | 1/2014 | Kao et al. |
| D714,541 S | | 10/2014 | Anderson et al. |
| D720,216 S | | 12/2014 | Luburic et al. |
| D724,318 S | | 3/2015 | Myer |
| D725,908 S | | 4/2015 | Zwetzig |
| D739,653 S | | 9/2015 | Majeau et al. |
| 9,144,281 B2 | | 9/2015 | Cross |
| D742,637 S | | 11/2015 | Miles |
| D761,564 S | | 7/2016 | Rhodes |
| D762,384 S | | 8/2016 | Boroski |
| D762,978 S | | 8/2016 | Boroski |
| 9,462,874 B1 | | 10/2016 | Samuel |
| D779,824 S | | 2/2017 | Boroski |
| D781,575 S | | 3/2017 | Etekochay |
| D787,816 S | | 5/2017 | Slimane |
| D793,728 S | | 8/2017 | Faibish et al. |
| D796,188 S | | 9/2017 | Ho et al. |
| 9,854,897 B1 | | 1/2018 | Pelkey, Jr. et al. |
| D818,204 S | * | 5/2018 | Renforth ..................... D30/109 |
| D821,097 S | | 6/2018 | Burton et al. |
| D824,170 S | | 7/2018 | Tobias |
| D831,952 S | | 10/2018 | Pennington |
| D832,653 S | | 11/2018 | Waskow et al. |
| D833,141 S | | 11/2018 | Carter et al. |
| D835,473 S | | 12/2018 | Jacobsen |
| D835,950 S | | 12/2018 | Jacobsen |
| D836,999 S | | 1/2019 | Jacobsen |
| D837,000 S | | 1/2019 | Jacobsen |
| D837,001 S | | 1/2019 | Jacobsen |
| D838,971 S | | 1/2019 | Deanda |
| D843,107 S | | 3/2019 | Swaggart |
| D844,324 S | | 4/2019 | Hoppe et al. |
| D845,613 S | | 4/2019 | Decker |
| D856,662 S | | 8/2019 | Breines |
| D862,528 S | | 10/2019 | Sullivan et al. |
| 10,477,991 B1 | | 11/2019 | Fragala |
| D873,090 S | | 1/2020 | Jacobsen |
| D874,129 S | | 2/2020 | Goldstein |
| D875,385 S | | 2/2020 | Carter et al. |
| D880,253 S | | 4/2020 | Jacobsen |
| D881,655 S | | 4/2020 | Jacobsen |
| D887,135 S | | 6/2020 | Tan |
| D887,136 S | | 6/2020 | Tan |
| D888,413 S | | 6/2020 | Dai |
| D889,821 S | | 7/2020 | Xu |
| D893,183 S | | 8/2020 | Eisenhardt et al. |
| D896,504 S | | 9/2020 | Li |
| D896,505 S | | 9/2020 | Yuan |
| D896,514 S | | 9/2020 | Tan |
| D898,349 S | | 10/2020 | He |
| D899,079 S | | 10/2020 | Priest |
| D901,882 S | | 11/2020 | Tan |
| 10,881,178 B2 | | 1/2021 | Johnson |
| D912,974 S | | 3/2021 | Breines |
| D915,762 S | | 4/2021 | Li |
| D915,770 S | | 4/2021 | Breines |
| D919,287 S | | 5/2021 | He |
| D920,744 S | | 6/2021 | Eisenhardt et al. |
| D922,061 S | | 6/2021 | Tan |
| D922,062 S | | 6/2021 | Shi |
| D927,174 S | | 8/2021 | Dai |
| D927,261 S | | 8/2021 | Rong |
| D931,600 S | | 9/2021 | Huang |
| D932,179 S | | 10/2021 | Mukri |
| D941,578 S | | 1/2022 | Fernandes |
| 2003/0234269 A1 | | 12/2003 | Shamas |
| 2004/0065573 A1 | | 4/2004 | Brouard |
| 2004/0149600 A1 | | 8/2004 | Wolter et al. |
| 2005/0082132 A1 | | 4/2005 | Smith |
| 2005/0121275 A1 | | 6/2005 | Platte |
| 2005/0263364 A1 | | 12/2005 | Sher |
| 2005/0279124 A1 | | 12/2005 | Maldonado |
| 2006/0064852 A1 | | 3/2006 | Willems |
| 2007/0011939 A1 | | 1/2007 | Sakai |
| 2007/0237432 A1 | | 10/2007 | Mogil |
| 2007/0245521 A1 | | 10/2007 | Chehebar |
| 2008/0029666 A1 | | 2/2008 | Hurt |
| 2008/0116026 A1 | | 5/2008 | Bass et al. |
| 2008/0121554 A1 | | 5/2008 | Townsend |
| 2008/0164265 A1 | | 7/2008 | Conforti |
| 2008/0289925 A1 | | 11/2008 | Sapyta |
| 2009/0301911 A1 | | 12/2009 | Rubin |
| 2012/0043228 A1 | | 2/2012 | Ezzo et al. |
| 2013/0043293 A1 | | 2/2013 | Connell |
| 2013/0068776 A1 | | 3/2013 | Patterson |
| 2013/0145581 A1 | | 6/2013 | Bailey |
| 2014/0132131 A1 | | 5/2014 | Thomas |
| 2014/0290025 A1 | | 10/2014 | Custer |
| 2015/0014108 A1 | | 1/2015 | Vecellio |
| 2015/0101958 A1 | | 4/2015 | Cross |
| 2016/0205913 A1 | | 7/2016 | Aston et al. |
| 2016/0244239 A1 | | 8/2016 | Nash |
| 2016/0374440 A1 | | 12/2016 | Lundy et al. |
| 2017/0073146 A1 | | 3/2017 | Kuhn et al. |
| 2018/0220759 A1 | | 8/2018 | Johnson |
| 2018/0252458 A1 | | 9/2018 | Furneaux et al. |
| 2020/0077760 A1 | | 3/2020 | Grill et al. |
| 2020/0228056 A1 | | 7/2020 | Miller |
| 2021/0007451 A1 | | 1/2021 | Tan |
| 2021/0007452 A1 | | 1/2021 | Tan |
| 2021/0068510 A1 | | 3/2021 | Johnson |
| 2021/0212442 A1 | | 7/2021 | Webb |
| 2021/0368955 A1 | | 12/2021 | Fernandes |
| 2023/0027563 A1 | | 1/2023 | Fadal et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201360487 Y | 12/2009 |
| CN | 102972367 A | 3/2013 |
| CN | 205357836 U | 7/2016 |
| EP | 0071274 A2 | 2/1983 |
| JP | H07241210 A | 9/1995 |
| JP | D1128650 | 12/2001 |

OTHER PUBLICATIONS

Amazon, "Westfield Fishing Tackle Bag Water Resistant Soft Sided Waist Shoulder Carry Storage Hiking Climbing Fly," on sale at least as of Apr. 1, 2022 (https://www.amazon.co.uk/Westfield-Fishing-Resistant-Shoulder-Climbing/dp/B01H6WE47Y) (Year: 2022).

Bass Pro Shops, "Bass Pro Shops Advanced Anglers II Large Tackle System," on sale at least as of 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, (https://www.basspro.com/shop/en/bass-pro-shops-advanced-anglers-ii-large-tackle-system) (Year: 2022).

Bass Pro Shops, "Cabela's Extreme Wide-Top Tackle Bag," on sale at least as of Apr. 1, 2022 (https://www.basspro.com/shop/en/cabelas-extreme-wide-top-3600-tackle-bag) (Year: 2022).

Bass Pro Shops, "Plano B-Series 3600 Tackle Bag," on sale at least as of Apr. 1, 2022 (https://www.basspro.com/shop/en/plano-b-series-3600-tackle-bag) (Year: 2022).

Amazon, "Flambeau 4007 Heritage Tackle Bag, Fir Green/Pewter/Rust, FL40001", First on sale Apr. 23, 2020. (https://www.amazon.com/Fiambeau-Heritage-Bait-Binder/dp/B089469PPT) (Year: 2020).

Amazon, "Piscifun Fishing Tackle Backpack with 4 Trays Large Waterproof Tackle Bag Storage . . . ", (https://www .amazon . com/Piscifun-Backpack-Capacity-Waterproof-Protective/dp/B07CGJ DTN GI} (Year: 2018), 13 pgs.

Evolution Outdoor Drift Series Topless Horizontal Tackle Bag, first available Feb. 24, 2021, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/Evolution-Outdoor-Topless-Horizontal-Tackle/dp/B08WRNXBXV?th=1&psc=1 (Year: 2021).

Evolution Outdoor Drift Series Topless Vertical Tackle Bag, first available Mar. 2, 2021, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/Evolution-Outdoor-Topless-Vertical-Tackle/dp/B08WRVCF31?th=1 (Year: 2021).

(56) **References Cited**

OTHER PUBLICATIONS

Flambeau 5007 Pro-Angler Tackle Bag (Grey/Red), first available Apr. 23, 2020, amazon.com [online], [site visited Nov. 24, 2020], w Available from internet U RL: https://www.amazon .com/Fiarnbeau-5007 -Pro-Angler-Tackle-Grey/dp/B089458PL7 /ref=sr_1_22?dchild=1&gclid=EAiaiQobCh M 10uut0b6b 7QIVCDiGC% E2%80%A6 (Year: 2020).
International Search Report and Written Opinion dated May 19, 2017 of PCT Application No. PCT/US2016/047971, 14 pages.
KastKing Fishing Tackle Bag, first available Jun. 27, 2018, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/KastKing-Saltwater-Waterproof-Medium-Hoss-15x11x10-25/dp/B07XRFSFPN/ref=pd_lpo_3?pd_rd_i=B07F2GH9VS&psc=1 (Year: 2018).
KastKing Fishing Tackle Bags, first available Jun. 27, 2018, amazon.com [online], [site visited Nov. 14, 2018], Available from internet U R L: https :1/www .amazon. com/d p/BO7F2HV28F/ref=sspa_dk_detail_6?pd_rd_i=BO7XRFSFPN&pd_rd_w=a6HTH&pf_rd_p7d37a48b-2b1a-4373-8c1a-bd%E2%80%A6 (Year: 2018).
Okuma Fishing Tackle Soft Sided Tackle Bag, first available Oct. 23, 2015, amazon.com [online], [site visited Nov. 24, 2020], Available from internet U RL: https://www.arnazon.corn/Okurna-Fishing-Tackle-Soft-Sided/dp/B018M56S28 (Year: 2015).
Ozark Trail Outdoor Equipment "Mesh Bottom Tackle Bag", 6 pgs.
Plano Guide Series Tackle Bag, first available Feb. 10, 2020, amazon.com [online], [site visited Jun. 28, 2021], Available at internet URL: https://www.amazon.com/Piano-Premium-Storage-included-PLABG371/dp/B084NQLFMH/ref=pd_lpo_2?pd_rd_i=B084NQLFMH&psc=1 (Year: 2020).
U.S. Appl. No. 29/800,528, filed Jul. 21, 2021, Colt Fadal.
U.S. Appl. No. 29/800,529, filed Jul. 21, 2021, Colt Fadal.
U.S. Appl. No. 29/800,531, filed Jul. 21, 2021, Colt Fadal.
U.S. Appl. No. 29/823,196, filed Jan. 14, 2022, Tyler Fernandes.
Plano A-Series 2.0 Quick Top, unknown first available date, planomolding.com [online], [site visited Jan. 9, 2023], Available at URL: https://planomolding.com/products/aseries-20-quick-top-plaba700?variant=4046805427 8304 (Year: 2023).
Plano Guide Series 3600 Tackle Bag, unknown first available date, tacklecove.com [online], [site visited Jan. 9, 2023], Available at URL:https://www.tacklecove.com/store/p/496-Plano-Guide-Series-3600-Tackle-Bag.aspx (Year: 2023).
5.11 Tactical 56298-092-1SZ-UCR 13.7L Storm Tactical Sling Bag; unknown first available date, recreationid.com [online], [site visited Nov. 24, 2020], Available from internet U RL:https://www.recreationid.com/511tactical/ucr-13-7-l-storm-tactical-sling-bag-mpn-56298-092-1-sz.html (Year: 2020).
5007 Flambeau Pro-Angler Sling Pack (Kinetic Blue), unknown first available date, evolutionoutdoor.com [online], [site visited Nov. 24, 2020], Available from internet U RL:https://evolutionoutdoor.com/products/5007-flambeau-pro-angler-sling-pack-kinetic-blue?variant=35241408331932 (Year: 2020).
Amazon, "Evolution Outdoor Design Large Mouth Double Decker Mossy Oak Tackle Backpack 3600 Manta Grey Camo Evolution", Date first listed on Amazon Sep. 14, 2017. (https://www.amazon .com/Evolution-Outdoor-Design-Backpack-Fishing/dp/B07PJWZXHY) (Year: 2017).
Flambeau Heritage 4007 Tackle Bag, unknown first available date, DicksSportingGoods.com [online], [site visited Nov. 24, 2020], Available from internet U RL: https://www.dickssportinggoods.com/p/flambeau-heritage-4007-tackle-bag-20frnbaflmbhrtg3 70tbx/20fmbaflmbhrtg370tbx?sku=21521402&camp=CSE:%E2%80%A6 (Year: 2020).
Reebow Gear Tactical Sling Bag . . . , first available Jan. 7, 2018, amazon.com [online], [site visited Nov. 24, 2020], Available fromintemet U RL: https://www.amazon .com/Tacticai-Siing-Military-Shoulder-Backpack/dp/B0768G7H9N?th= 1 (Year: 2018).
Walmart—Ozark Trail Outdoor Equipment "Mesh Bottom Tackle Bag"—As early as 2019.
Walmart, "Ozark Trail 370 Large Pro Quick Access Soft Sided Fishing Tackle Bag", on sale at least as of Apr. 1, 2022. (https://www.walmart.com/ip/Ozark-Trail-370-Large-Pro-Quick-Access-Soft-Sided-Fishing-Tackle-Bag-Black/474776073 ) (Year: 2022).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8